# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**In Admiralty**

CERTAIN UNDERWRITES AT
LLOYD'S OF LONDON,
subscribing to Policy No.
B0901LH1620115000,

      Plaintiff,

v.

EMPRESS MARINE VENTURES,
LTD.

      Defendant.
_____/

Case No.: 0:20-cv-62643

## AFFIDAVIT BY SENIOR PARTER IN SUPPORT OF
## MOTION FOR ATTORNEY'S FEES

1. My name is Michael T. Moore.  I am over the age of 18 and I am a resident of Miami, Florida. I make this statement based on my personal knowledge.

2. I have been practicing maritime law for more than 40 years.

3. The following timekeepers billed to this instant litigation, in accordance with the table seen below and as evidenced by **Exhibit 2** attached to the motion for attorney's fees.

| Timekeeper | Rate | Number of Hours | Total Billed |
|---|---|---|---|
| Michael T. Moore (Senior Partner) | $600-$625 | 387.45 | $235,232.5 |
| Rey Saenz (Paralegal) | $115-$150 | 182.2 | $23,770.0 |
| Clay Naughton (Partner) | $450-$475 | 51 | $24,115.0 |
| Christopher R. Jaramillo (Associate) | $350 | 3.5 | $1,225.0 |

|  |  |  |  |
|---|---|---|---|
| Madison Bode (Associate) | $225 | 0.5 | $112.5 |
| Laura Wisman (Senior Paralegal) | $160-$175 | 103.03 | $17,796.25 |
| Anny Marie Martin (Associate) | $200-$350 | 531.3 | $173,978.75 |
| Eduardo Morales (Associate) | $350 | 924.5 | $323,575.0 |
| Sheila DeLeon (Paralegal) | $160 | 0.7 | $112.0 |
| Total Attorney's Fees: |  |  | $799,917.00 |

4. As of the date of this affidavit, the timekeepers who billed time to this litigation each have the following years of experience:

| **Timekeeper** | **Years Experience** |
|---|---|
| Michael T. Moore (Senior Partner) | 40+ years |
| Rey Saenz (Paralegal) | Approx. 10 years |
| Clay Naughton (Partner) | Approx. 17 years |
| Christopher R. Jaramillo (Associate) | Departed firm circa end of 2020, but billing to this litigation is negligible. |
| Madison Bode (Associate) | Approx. 1 year, but billing to this litigation is negligible. |
| Laura Wisman (Senior Paralegal) | Approx. 30 years |
| Anny Marie Martin (Associate) | Departed firm circa middle of 2021, but approx. 2-5 years while working on this litigation. |
| Eduardo Morales (Associate) | Approx. 5 years. |
| Sheila DeLeon (Paralegal) | Departed firm in 2022, but billing to this litigation is negligible. |

5. Nearly thirteen years ago, a district court in the Southern District of Florida found my rates to be reasonable given my number of years in maritime litigation and my experience representing owners of large yachts. *Blue Water Marine Servs. v. M/Y Natalita, III*, No. 08-20739, 2010 U.S. Dist. LEXIS 30242, at *13 (S.D. Fla. Feb. 2, 2010) ("[t]he undersigned finds that Mr. Moore's hourly rate of $425 is reasonable due to his years of experience and specialization in the field of maritime law litigation").

6. My rates have gone up since then, but they remain generally in line with rates charged by attorneys with my degree of experience and specialization. *PDVSA US Litig, Tr. v. Lukoil Pan Ams, LLC*, No. 1:18-cv-20818, 2020 U.S. Dist. LEXIS 21698, at *30 (S.D. Fla., Jan. 31, 2020) ("the undersigned finds that the following hourly rates are reasonable in the local market for the following timekeepers: $625 for partners, shareholders, and counsel; $350 for associates; and $125 for paralegals").

7. Timekeepers began keeping time for the client involved in this litigation in early 2017 and continue through the date of this affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 23, 2023

/s/ Michael T. Moore
MICHAEL T. MOORE