**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

**Case No. 20-cv-62643-SINGHAL**

CERTAIN UNDERWRITERS AT LLOYD'S
OF LONDON SUBSCRIBING TO POLICY
NO. B0901LH1620115000,

      Plaintiff,

v.

EMPRESS MARINE VENTURES LTD.,

      Defendant.

_____/

## MOTION FOR STATUS CONFERENCE

COME NOW, Defendant EMPRESS MARINE VENTURES LTD. ("Empress Marine"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16.1, respectfully moves for a status conference and state:

1. Defendant requests a status conference to address the status of this matter following remand, establish a scheduling order for further proceedings, and set a firm evidentiary hearing date to determine the reasonable cost of repairs consistent with the mandate of the United States Court of Appeals for the Eleventh Circuit.

WHEREFORE, Defendant EMPRESS MARINE VENTURES LTD., respectfully requests that this Court set a status conference at the Court's earliest convenience and grant such other and further relief as the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort

1

to resolve the issues; Plaintiff was generally agreeable to scheduling a status conference, but the parties were unable to come to an agreement regarding the specific language in the Motion and so Defendant is filing the request unilaterally at this time.

Dated: April 24, 2026                                            Respectfully submitted,


s/Kavan Vartak
Kavan Vartak, Esq.
Florida Bar No. 1017058
kvartak@moore-and-co.com
Michael T. Moore, Esq.
Florida Bar No. 207845
michael@moore-and-co.com

MOORE & COMPANY, P.A.
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Fax: (786) 221-0601
*Counsel for Defendant/Counter Claimant*
*EMPRESS MARINE VENTURES LTD*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on this 24rd day of April 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Kavan Vartak
Kavan Vartak, Esq

## **SERVICE LIST**

| s/Marlin K. Green | s/Kavan Vartak |
|---|---|
| Marlin K. Green | Kavan Vartak, Esq. |
| Florida Bar No. 419532 | Florida Bar No. 1017058 |
| mgreen@brownsims.com | kvartak@moore-and-co.com |
| Cody L. Frank | |
| Florida Bar No. 124100 | Michael T. Moore, Esq. |
| cfrank@brownsims.com | Florida Bar No. 207845 |
| | michael@moore-and-co.com |
| BROWN SIMS | |
| 2801 SW 149th Ave., Suite 120 | MOORE & COMPANY, P.A. |
| Miramar, Florida 33027 | 255 Aragon Avenue, 3rd Floor |
| Tel: (305) 274-5507 | Coral Gables, Florida 33134 |
| Fax: (305) 274-5517 | Telephone: (786) 221-0600 |
| *Counsel for Plaintiff Underwriters* | Fax: (786) 221-0601 |
| | *Counsel for Defendant/Counter Claimant* |
| | *EMPRESS MARINE VENTURES LTD* |